**STATE of Missouri, Respondent,**

v.

**Jerome R. SCOTT, Appellant.**

**No. WD 37860.**

Missouri Court of Appeals,
Western District.

Dec. 9, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied
March 17, 1987.

Sean O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and DIXON and TURNAGE, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial convictions of robbery in the first degree, § 569.020 RSMo 1978, armed criminal action, § 571.015 RSMo 1978, assault in the second degree, § 565.060 RSMo 1978, and sentence to con-

current terms of fifteen, fifteen, and seven years, respectively.

Judgment affirmed. Rule 30.25(b).